# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

**GARY J. BLACKWELL,**

    **Plaintiff(s),**

**v.**                                                                                    **CASE NO:  8:11-CV-1217-T-30TGW**

**AVILA PROPERTY OWNERS
ASSOCIATION, INC.,**

    **Defendant(s).**
_____/

## ORDER OF DISMISSAL

Before the Court is the Plaintiff's Notice of Voluntary Dismissal With Prejudice (Dkt. #9).  Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs.

2. All pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE and ORDERED** in Tampa, Florida on November 28, 2011.

*/s/ James S. Moody, Jr.*
**JAMES S. MOODY, JR.**
**UNITED STATES DISTRICT JUDGE**

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2011\11-cv-1217 dismiss 9.docx